LOUIS RICHARD, Respondent, *v.* GUSTAVE X. MATHEWS, Appellant.

*Richard* v. *Mathews*, 132 App. Div. 903, affirmed.
(Submitted March 3, 1911; decided March 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 26, 1909, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain the defendant from interfering with the use by the plaintiff of a certain strip of land.

*Mitchell May* for appellant.

*Frank Comesky* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

MILLIKEN BROTHERS, (INCORPORATED), Plaintiff, *v.* THE CITY OF NEW YORK et al., Respondents, and JEROME A. JACKSON et al., Appellants, Impleaded with Others.

(Submitted March 13, 1911; decided March 21, 1911.)

Motion for re-argument denied, with ten dollars costs. (See 201 N. Y. 65.)